UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR116-023, USA v. Shaw |
| | ) | CR115-106, USA v. Lakes |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| JEFFREY E. JOHNSTON | ) | |
| May 23, 2016 – May 31, 2016 | ) | |

## ORDER

**Jeffrey E. Johnston** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Jeffrey E. Johnston** be granted leave of absence for the following periods: **May 23, 2016 through May 31, 2016.**

This 16th day of May, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia