UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATE OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| V. | ) | INDICTMENT NO. CR 115-106 |
|  | ) |  |
| REGINALD LAKES | ) |  |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the above-referenced Indictment filed against the defendant, who has successfully completed pretrial diversion.

_____
Bobby L. Christine
United States Attorney

_____
Patricia G. Rhodes
Branch Office Chief

Leave of Court is granted for the filing of the foregoing dismissal.

This 4th day of December, 2017.

_____
J. RANDAL HALL
CHIEF JUDGE
UNITED STATES DISTRICT
SOUTHERN DISTRICT OF GEORGIA